**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Reginald McKINNON, a/k/a Reg, a/k/a
Big Reggie, Defendant–Appellant.**

No. 15–7321.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2015.

Decided: Nov. 20, 2015.

Reginald McKinnon, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald McKinnon appeals the district court's order denying his 18 U.S.C. § 3582(c) (2012) motion. We have re-viewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. McKinnon,* No. 4:14–cr–00259–RBH–8 (D.S.C. Aug. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*